

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00629-CV

In the **ESTATE** of Christina **RODRIGUEZ-MARES**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2023PC03191
Honorable Oscar J. Kazen, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED February 5, 2025.

_____
Rebeca C. Martinez, Chief Justice